FILED
2026 Apr-07  PM 05:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL TERRELL THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:26-cv-00390-ACA-JHE |
| | ) | |
| WAYNE ELLIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER OF TRANSFER

The magistrate judge entered a report recommending the court transfer this action to the United States District Court for the Middle District of Alabama pursuant to 28 U.S.C. § 1406(a). (Doc. 3). Although the magistrate judge notified Plaintiff Michael Terrell Thomas of his right to file objections to the report and recommendation within fourteen days and of the consequences of failing to object (*id*. at 3), the time to object has expired without receipt of any objections.

Mr. Thomas's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court **DIRECTS** the Clerk of Court to **TRANSFER** this action to the United States District Court for the Middle District of Alabama for further proceedings.

**DONE** and **ORDERED** this April 7, 2026.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE